USDC SCAL INDEX SHEET

















AV1 10/19/00 15:40

3:00-CR-03268 USA V. LERMA-GAVINO

*6*

*CRINDI.*

FILED
00 OCT 18 PM 3:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 1999 Grand Jury '00 CR 3268 H

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS LERMA-GAVINO, Defendant. | Criminal Case No. ___________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine |

The grand jury charges:

Count 1

On or about May 19, 2000, within the Southern District of California, defendant JOSE LUIS LERMA-GAVINO did knowingly and intentionally distribute 5 grams and more, to wit: approximately 11.8 grams of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

XJA:cks:San Diego
10/16/00

6

Count 2

On or about June 14, 2000, within the Southern District of California, defendant JOSE LUIS LERMA-GAVINO did knowingly and intentionally distribute, 5 grams and more, to wit: approximately 104.5 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about August 4, 2000, within the Southern District of California, defendant JOSE LUIS LERMA-GAVINO did knowingly and intentionally distribute, 5 grams and more, to wit: approximately 87.3 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 18, 2000.

A TRUE BILL:

Foreperson

GREGORY A. VEGA
United States Attorney

By:
X. JAY ALVAREZ
Assistant U.S. Attorney