















```
VLS    5/22/01    16:10
3:00-CR-03268    USA V. LERMA-GAVINO
*22*
*CRMDFT.*
```

1 | GARY P. BURCHAM
  | California Bar No. 190780
2 | 964 Fifth Avenue, Suite 300
  | San Diego, California 92101
3 | Telephone: (619) 699-5930

4 | Attorney for Jose Luis Lerma

**FILED**

01 MAY 22 PM 2:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN S. RHOADES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00cr3268-R |
| Plaintiff, ) | Date: June 4, 2001 |
| ) | Time: 10:15 A.M. |
| v. ) | |
| ) | **DEFENDANT'S REQUEST FOR** |
| JOSE LUIS LERMA, ) | **DEPARTURES** |
| Defendant. ) | |

TO: GREGORY VEGA, UNITED STATES ATTORNEY, AND
X. JAY ALVAREZ ASSISTANT UNITED STATES ATTORNEY
DAVID SULTZBAUGH, UNITED STATES PROBATION

The defendant, Jose Luis Lerma, by and through his counsel, Gary P. Burcham, and pursuant to Revised General Order No. 350, hereby files the following request for departures.

//
//
//
//
//
//
//
//

I.

**REQUESTS FOR DEPARTURES**

**A.       This Court Should Depart Downward Pursuant To USSG § 5K1.1**

Mr. Lerma has yet to receive the government's recommendation with respect to a possible USSG § 5K1.1 motion at the time of sentencing. Accordingly, Mr. Lerma will address this issue fully in his sentencing memorandum once the government's position as to this issue has been set forth.

**B.       This Court Should Depart For A Combination Of Factors Present In This Case**

Mr. Lerma also will ask this Court for a departure based upon a combination of factors present in this case. Because the government's position as to the aforementioned departure basis will significantly impact his request as to this issue, Mr. Lerma also will address this request fully in his sentencing memorandum.

Respectfully submitted,

Dated: May 22, 2001

GARY P. BURCHAM
Attorney for Jose Luis Lerma