








KAJ    12/6/05    14:32
3:00-CR-03268    USA V. LERMA-GAVINO
*40*
*CR12C.*

PROB 12C
(04/05)

November 30, 2005

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
05 DEC -6 PM 1:58

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Luis LERMA-Gavino (Spanish)   **Dkt No.:** 00-CR-3268-001-R

**Reg. No.:** 59168-198

**Name of Sentencing Judicial Officer:** The Honorable John S. Rhoades, Senior U.S. District Judge

**Date of Sentence:** June 10, 2002

**Original Offense:** 21 U.S.C. §841(a)(1), Distribution of Methamphetamine, a Class A felony.

**Sentence:** 46 months custody, 3 years supervised release (*Special Conditions: No firearms or dangerous weapons; disclosure of financial records; drug testing and counseling; search; report all vehicles; if deported, not enter the United States illegally; not associate with users, smugglers, or dealers of controlled substances; no possess or use controlled substances*). $100 special assessment.

(Was originally sentenced on June 25, 2001 to 63 months custody and 3 years supervised release)

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** February 5, 2004

**Asst. U.S. Atty.:** X. Jay Alvarez    **Defense Counsel:** Gary Burcham (Appointed)
                                                              (619) 699-5930

**Prior Violation History:** None

---

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB 12C

| | |
|---|---|
| Name of Offender: Jose Luis LERMA-Gavino | November 30, 2005 |
| Docket No.: 00-CR-3268-001-R | Page 2 |

The probation officer believes that the offender has violated the following condition(s) of supervision:

**CONDITION(S)**          **ALLEGATION(S) OF NONCOMPLIANCE**

**(Mandatory Condition)**
Not commit another federal, state, or local crime. *(nvl)*

1. On or about February 11, 2004 until on or about and including December 4, 2004, Mr. Lerma-Gavino conspired with others to distribute and possess with intent to distribute in excess of 50grams of methamphetamine, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), as evidenced by his conviction in U.S. District Court, District of Hawaii, case number CR-05-00033-DAE.

2. On or about October 26, 2004, Mr. Lerma-Gavino distributed approximately 27.3 grams of methamphetamine, in violation of Title 21 U.S.C. §841(a)(1) and (b)(1)(B), as evidenced by his conviction in U.S. District Court, District of Hawaii, case number CR-05-00033-DAE.

3. On or before, February 11, 2004, Mr. Lerma-Gavino entered the United States after having been deported, in violation of Title 8 U.S.C. 1326, as evidenced by his conviction in U.S. District Court, District of Hawaii, case number CR-05-00033-DAE.

***Grounds for Revocation:*** I have received and reviewed the indictment filed in the United States District Court for the District of Hawaii, case number CR-05-00033-DAE, which confirms that Mr. Lerma-Gavino has been charged with the above-noted offenses involving a conspiracy to distribute methamphetamine. The indictment alleges the subject caused a quantity of methamphetamine to be shipped to another person via Federal Express from California to Honolulu, Hawaii.

On August 1, 2005, Mr. Lerma-Gavino pled guilty to Count Two of the indictment, which charged him with Distribution of Methamphetamine, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(B). Sentencing is scheduled for March 28, 2006.

PROB 12C

Name of Offender: Jose Luis LERMA-Gavino     November 30, 2005
Docket No.: 00-CR-3268-001-R                  Page 3

---

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: November 30, 2005**

Respectfully submitted:                        Reviewed and approved:

by /s/ Lisa Coen                               /s/ Cynthia M. Poblete
Lisa Coen                                      Cynthia M. Poblete
Senior U. S. Probation Officer                 Supervising U.S. Probation Officer
(619) 557-5681

Attachments: 12CS; 12CW; Amended J&C, dtd. 6-10-02; J&C, dtd. 6-25-01; PSR

---

**THE COURT ORDERS:**

__X__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(In custody at the Federal Detention Center, Honolulu, Hawaii, under Reg. No. 59168-198)

_____ Other _____

_____               12/5/05
The Honorable John S. Rhoades                   Date
Senior U.S. District Judge

                                                lmc/lmc
                                                EOA