LUIS GAVINO LERMA
Reg. No. 59168-198
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301

IN PRO PER

FILED

09 APR 29 AM 11:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

NUNC PRO TUNC

APR 16 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LUIS GAVINO LERMA,

    Petitioner/Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

CASE NO. 00CR3268-R IEG

MOTION TO REQUEST APPOINTMENT
OF COUNSEL AND MOTION TO REQUEST
A DISPOSITION OF PROBATION

COMES NOW, the Petitioner/Defendant, Luis Gavino Lerma, acting in propria persona, respectfully submits this Motion to Request an Appointment of Counsel and a Motion to Request a Disposition of Probation.

## FACTS

1) Petitioner is currently incarcerated at the Federal Correctional Institution-Victorville I in Adelanto, California.

2) Being incarcerated, the Petitioner is without and lacking counsel and is therefore in propria persona. Petitioner prays that this Motion will suffice the Court in the proper filing and procedure.

3) Petitioner is on Supervised Release with this Court, tentative expiration date is _____.

4) While on Supervised Release, Petitioner picked up a new charge/case in the United States District Court/District of Hawaii, Case No. 1:05CR00033-001.

5) On said new case/charge, the Petitioner was sentenced to 120 months (ten years) and five (5) years Supervised Release.

6) Petitioner has been incarcerated since 2004 with a tentative release date of 2013.

## ARGUMENT

Petitioner is currently without and lacking counsel and has the right to WAIVE right to be present in ABSENTIA, but under the circumstances of a Probation Violation and/or a violation warrant from this Honorable Court, the Petitioner would respectfully request that this Court APPOINT COUNSEL to proceed with DUE PROCESS under 18 U.S.C. § 3583(i)

If a warrant has been executed, the Petitioner would request that a HEARING be held within a reasonable time. (See Barr v. Parker, 453 F.2d 865, 867 (9th Cir. 1971). With an APPOINTMENT of COUNSEL, the Petitioner has the right to allocute prior to any DISPOSITION HEARING and/or SENTENCING HEARING.

Through APPOINTED COUNSEL, Petitioner may address the court on the probation violation and any allocution prior to imposing any sentence. Under Rule 32(c)(3), of the Federal Rules of Criminal Procedure, the Petitioner has the right to allocution "before imposing sentence, the court must...address the Petitioner personally and determine whether the Petitioner wishes to make a statement and to present any information in mitigation of the sentence."

With Appointed Counsel, the Petitioner could request for

a concurrent sentence with existing Federal Sentence of ten years (120 months).

THEREFORE, Petitioner respectfully requests that this HONORABLE COURT GRANT an Appointment of Counsel and set a DISPOSITION HEARING for Petitioner's current Probation Status and/or Probation Violation Status.

The Petitoiner has shown good faith and good cause to GRATN this Motion all in the interest of justice.

RESPECTFULLY SUBMITTED on this 10th day of April, 2009.

_____
Luis Gavino Lerma/Petitioner
Defendant/Propria Persona

# CERTIFICATE OF SERVICE

I, __Luis Gavino Lerma__ hereby certify that I have served a true and correct copy of the following:

MOTION TO REQUEST APPOINTMENT OF COUNSEL

This action is deemed filed at the time it was delivered to prison authorities for forwarding, (see Houston v. Lack, 101 L.Ed.2d 245 (1988)), upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said motion(s)/petition(s) in a sealed, postage prepaid envelop addressed to:

  United States District Court
  Southern District of California
  Clerk of the Court
  880 Front Street
  San Diego, CA 92101

This legal action was deposited in the United States Mail at the Federal Correctional Complex, Victorville Medium I, which is located at 13777 Air Expressway Blvd., Victorville, California 92394.

I declare, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __10__ day of __April__, 20__09__.

_____
Luis Gavino Lerma/Petitioner
Propria Persona/Defendant