# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
09 AUG 19 PM 12:31
*Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Burns
FROM: J. Rocha,    Deputy Clerk    RECEIVED DATE: 8/6/2009
CASE NO.: 00cr2368    DOCUMENT FILED BY: Jose Luis Lerma-Gavino
CASE TITLE: USA v. Lerma-Gavino
DOCUMENT ENTITLED: Motion to Request Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Motion Already Filed on 4/29/09; docket #44 |

Date forwarded: 8/7/2009

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: LARRY ALAN BURNS
U.S. DISTRICT JUDGE

Dated: 8/18/09    By: Larry A [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

LUIS GAVINO LERMA
Reg. No. 59168-198
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301

IN PRO PER

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GAVINO LERMA,            ) | CASE NO. 00CR3268-R |
|     Petitioner/Defendant,  ) | |
|                                ) | MOTION TO REQUEST APPOINTMENT OF COUNSEL AND MOTION TO REQUEST A DISPOSITION OF PROBATION |
| v.                                                 ) | |
| UNITED STATES OF AMERICA,  ) | |
|     Respondent/Plaintiff.  ) | HEARING DATE:  SET BY COURT<br>HEARING TIME:  SET BY COURT |

   COMES NOW, the Petitioner/Defendant, Luis Gavino Lerma, acting in propria persona, respectfully submits this Motion to Request an Appointment of Counsel and a Motion to Request a Disposition of Probation.

FACTS

   1) Petitioner is currently incarcerated at the Federal Correctional Institution-Victorville I in Adelanto, California.

   2) Being incarcerated, the Petitioner is without and lacking counsel and is therefore in propria persona. Petitioner prays that this Motion will suffice the Court in the proper filing and procedure.

   3) Petitioner is on Supervised Release with this Court, tentative expiration date is _____.