# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
13 JUL -3 AM 8:32

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Larry A. Burns
FROM: SKHoestenbach , Deputy Clerk   RECEIVED DATE: Jun 27, 2013
CASE NO. 00cr3268 LAB   DOCUMENT FILED BY: Jose Luis Lerma-Gavino
CASE TITLE: USA v. Lerma-Gavino
DOCUMENT ENTITLED: Request for Disposition of Probation, etc.

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☒ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically. Notice of Noncompliance already issued. |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☒ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | case closed |

Date Forwarded: Jun 28, 2013

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 7-1-13   CHAMBERS OF: The Honorable Larry A. Burns
cc: All Parties   By: /s/ Larry A. Burns

**REJECTED**

IN THE SUPERIOR COURT  _Federal_                                              STATE OF CALIFORNIA

People of the State of California,                    REQUEST FOR DISPOSITION
                                                      OF PROBATION,
                      Plaintiff,                      WAIVER OF APPEARANCE
                                                      AND RIGHT TO ATTORNEY
         vs.                                                (P.C. 1203.2a)

_Luis Lerma Gavino_                                   _00 cr 3268 LAB_
_____                             _____
             Defendant.                                     Superior Court Case No.

TO:    The Superior Court of the State of California, in and for the County of ~~Los Angeles~~ _San Diego_

1.    **(Please PRINT First, Middle and Last names):**

      My full true name is:  _Luis Lerma Gavino_

      and my true Date of Birth is _August 19th 1949_. I have also been known by, or have used the

      following names: _____.

2.    PLEASE TAKE NOTICE that I was released on Probation by the Superior Court of the State of

      California in and for the County of ~~Los Angeles~~ _San Diego_ on or about (date) _____, following

      a conviction for violation of section(s) _00-3268-001-R4_____, a misdemeanor.

3.    In accordance with the provisions of California Penal Code 1203.2a, this is to notify you of my present

      imprisonment and to request the Court: (choose one)

      ☑  a.    Make final disposition of my probation in the event I was previously granted probation
               and imposition of my sentence was suspended.

      ☑  b.    Execute sentence at this time in the event a sentence was previously imposed and
               execution thereof suspended.

4.    **I am aware** that I am entitled to be represented by an attorney at any and all stages of these proceedings
      and further that counsel will be furnished at government expense if I am indigent. I understand that
      evidence in aggravation or mitigation of my crime may be considered at this hearing. I also understand
      that I have the right to be personally present at such hearing.

5.    **I further understand** that once the court has been notified of my confinement, it has 30 days in which
      to make disposition of my case under subparagraph 3.a. above, and 60 days to make disposition of my
      case under subparagraph 3.b. above.

CONTINUED ON REVERSE